| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
|   | DIANE MARIE O'MALLEY - 139166 |
| 2 | domalley@hansonbridgett.com |
|   | LISA M. POOLEY - 168737 |
| 3 | lpooley@hansonbridgett.com |
|   | JAHMAL T. DAVIS - 191504 |
| 4 | jdavis@hansonbridgett.com |
|   | ELI R. MAKUS - 234287 |
| 5 | emakus@hansonbridgett.com |
|   | JENICA D. MARIANI - 266982 |
| 6 | jmariani@hansonbridgett.com |
|   | 425 Market Street, 26th Floor |
| 7 | San Francisco, CA 94105 |
|   | Telephone: (415) 777-3200 |
| 8 | Facsimile: (415) 541-9366 |
| 9 | Attorneys for Defendant |
|   | AEGIS SENIOR COMMUNITIES, LLC |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNYON MORRIS and KAREN JIRON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AEGIS SENIOR COMMUNITIES, LLC, a Washington Limited Liability Company <br><br> Defendant. | No. CV 10-2060 MMC <br><br> STIPULATION AND [PROPOSED] <br> (1) ORDER FOR EARLIER CASE MANAGEMENT CONFERENCE <br><br> Action Filed: May 14, 2010 <br><br> (2) ORDER ADVANCING CASE MANAGEMENT CONFERENCE IN CASE NO. C 09-1797 |

Line numbers: 1–28

1  Plaintiffs Kennyon Morris and Karen Jiron and Defendant Aegis Senior Communities,
2  LLC, by and through their attorneys, hereby stipulate and agree that:
3  The initial Case Management Conference in this matter will take place on October 8, 2010
4  at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building and that the parties' Joint Case
5  Management Conference Statement shall be filed on or before October 1, 2010.
6  This stipulation is based on the Court's August 4, 2010 Order that this case is related to
7  *Seielstad v. Aegis Senior Communities, LLC*, Case No. C 09-1797 MMC, and the parties' desire to
8  coordinate aspects of the two cases sooner than the currently scheduled Case Management
9  Conference on April 1, 2011.
10  IT IS SO STIPULATED.
11  DATED: August 30, 2010

HARRIS & RUBLE
NORTH BA LAW GROUP

By: /s/ Alan Harris
ALAN HARRIS
DAVID S. HARRIS
Attorney for Plaintiffs
KENNYON MORRIS and KAREN JIRON

DATED: August 31, 2010

HANSON BRIDGETT LLP

By: /s/ Lisa M. Pooley
LISA M. POOLEY
Attorneys for Defendant
AEGIS SENIOR COMMUNITIES, LLC

**PURSUANT TO STIPULATION, IT IS ORDERED,** and the case management conference in Seielstad v. Aegis C 09-1797 likewise is ADVANCED to October 8, 2010.

DATED: _____September 1, 2010

/s/ Maxine M. Chesney
THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR EARLIER CASE MGMT. CONFERENCE
(CASE # CV 10-2060 MMC)

2552927.1