1   HANSON BRIDGETT LLP
    DIANE MARIE O'MALLEY - 139166
2   domalley@hansonbridgett.com
    LISA M. POOLEY - 168737
3   lpooley@hansonbridgett.com
    JENICA D. MARIANI - 266982
4   jmariani@hansonbridgett.com
    425 Market Street, 26th Floor
5   San Francisco, CA  94105
    Telephone:     (415) 777-3200
6   Facsimile:     (415) 541-9366

7   Attorneys for Defendant
    AEGIS SENIOR COMMUNITIES LLC

8
                    UNITED STATES DISTRICT COURT
9
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12  KENNYON MORRIS and KAREN            No. CV 10-2060 MMC
    JIRON, individually and on behalf of all
    others similarly situated,          STIPULATION AND [PROPOSED]
13                                       ORDER TO CONTINUE CASE
                                         MANAGEMENT CONFERENCE AND
14                 Plaintiffs,           STAY PROCEEDINGS PENDING ADR

15       v.                             Action Filed:     May 14, 2010

16  AEGIS SENIOR COMMUNITIES, LLC, a
    Washington Limited Liability Company
17
                   Defendant.
18

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs Kennyon Morris and Karen Jiron and Defendant Aegis Senior Communities

2  LLC, by and through their attorneys, hereby stipulate and agree that:

3    (1)    The initial Case Management Conference in this matter will take place

4  on December 10, 2010, at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building, and that

5  the parties' Joint Case Management Conference Statement shall be filed on or before December 3,

6  2010.  As a result, the currently-scheduled Case Management Conference set for October 8, 2010,

7  will be taken off calendar.  (The parties have stipulated to the same date change for the Case

8  Management Conference in the related case of *Seielstad v. Aegis Senior Communities*, Case No.

9  CV-09-1797 MMC (hereinafter the "Seielstad v. Aegis Matter".)

10    (2)    All formal discovery and case proceedings will be stayed through December 10,

11  2010.

12    This stipulation is based on the parties' desire to engage in ADR.   Specifically, the parties

13  are currently in the process of scheduling a further settlement conference before Magistrate Judge

14  Joseph C. Spero in the Seielstad v. Aegis Matter, which they anticipate will take place with within

15  the next two months.   An initial settlement conference in the Seielstad v. Aegis Matter took place

16  before Magistrate Judge Spero on November 3, 2009.

17    IT IS SO STIPULATED.

18

19

20

21              *(Signatures on following page)*

22

23

24

25

26

27

28

- 2 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
(CASE # CV 10-2060 MMC)

2647111.1

1   DATED:  September 20, 2010                HARRIS & RUBLE
                                              NORTH BA LAW GROUP
2

3                                             By:
                                              ALAN HARRIS
4                                             DAVID S. HARRIS
                                              Attorney for Plaintiffs
5                                             KENNYON MORRIS and KAREN JIRON

6
    DATED:  September 21, 2010                HANSON BRIDGETT LLP
7

8                                             By:
                                              DIANE MARIE O'MALLEY
9                                             LISA M. POOLEY
                                              Attorneys for Defendant
10                                            AEGIS SENIOR COMMUNITIES LLC

11

12  **PURSUANT TO STIPULATION, IT IS ORDERED.**

13  DATED:  September 22, 2010

14

15                                            THE HONORABLE MAXINE M. CHESNEY
                                              United States District Court Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
(CASE # CV 10-2060 MMC)                                      2647111.1