1  HANSON BRIDGETT LLP
   DIANE MARIE O'MALLEY - 139166
2  domalley@hansonbridgett.com
   LISA M. POOLEY - 168737
3  lpooley@hansonbridgett.com
   ELI R. MAKUS - 234287
4  emakus@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA 94105
   Telephone:   (415) 777-3200
6  Facsimile:   (415) 541-9366

7  Attorneys for Defendant
   AEGIS SENIOR COMMUNITIES LLC

8           UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | KENNYON MORRIS and KAREN         | No. CV 10-2060 MMC
   | JIRON, individually and on behalf of all |
12 | others similarly situated,        | STIPULATION AND [PROPOSED]
   |                                   | ORDER TO TAKE CASE MANAGEMENT
13 |              Plaintiffs,          | CONFERENCE OFF CALENDAR
14 |       v.                          | Action Filed:   May 14, 2010
15 | AEGIS SENIOR COMMUNITIES, LLC, a |
   | Washington Limited Liability Company |
16 |                                   |
17 |              Defendant.           |

-1-

2776170.1

Plaintiffs Kennyon Morris and Karen Jiron and Defendant Aegis Senior Communities LLC, by and through their attorneys, hereby stipulate and agree that:

The Case Management Conference scheduled for December 10, 2010 at 10:30 a.m. will be taken off calendar.

This stipulation is made because the parties have reached a tentative settlement in this matter and wish to proceed with preparing a formal settlement agreement and seeking the Court's approval of the settlement.

IT IS SO STIPULATED.

DATED: December 8, 2010                HARRIS & RUBLE

By: _____
ALAN HARRIS
DAVID S. HARRIS
Attorneys for Plaintiff
TAMARAH R. SEIELSTAD

DATED: December 8, 2010                HANSON BRIDGETT LLP

By: _Lisa M. Pooley_
LISA M. POOLEY
Attorneys for Defendant
AEGIS SENIOR COMMUNITIES LLC

**PURSUANT TO STIPULATION, IT IS ORDERED.** It is further ordered that the Case Management Conference is CONTINUED to March 11, 2011.

DATED: __December 9__, 2010

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR ORDER TO SHOW CAUSE WHY
CONTEMPT CITATIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH DEPOSITION SUBPOENAS
(NO. CV 09-1797 MMC)                                                                                 2776170.1