| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | DIANE MARIE O'MALLEY - 139166 |
| 2 | domalley@hansonbridgett.com |
| | LISA M. POOLEY - 168737 |
| 3 | lpooley@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 4 | San Francisco, CA  94105 |
| | Telephone:     (415) 777-3200 |
| 5 | Facsimile:      (415) 541-9366 |
| 6 | Attorneys for Defendant |
| | AEGIS SENIOR COMMUNITIES LLC |
| 7 | |
| 8 | Alan Harris (SBN 146079) |
| | aharris@harrisandruble.com |
| 9 | David Zelenski (SBN 231768) |
| | dzelenski@harrisandruble.com |
| 10 | HARRIS & RUBLE |
| | 5455 Wilshire Boulevard, Suite 1800 |
| 11 | Los Angeles, California 90036 |
| | Telephone: 323.931.3777 |
| 12 | Facsimile:  323.931.3366 |
| 13 | David S. Harris (SBN 215224) |
| | dsh@northbaylawgroup.com |
| 14 | NORTH BAY LAW GROUP |
| | 901 Irwin Street |
| 15 | San Rafael, California 94901 |
| | Telephone: 415.460.5300 |
| 16 | Facsimile: 415.460.5303 |
| 17 | Attorneys for Plaintiffs |
| | KENNYON MORRIS and KAREN JIRON |

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNYON MORRIS and KAREN JIRON, individually and on behalf of all other similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>AEGIS SENIOR COMMUNITIES, LLC, a Washington Limited Liability Company,<br><br>Defendant. | No. CV 10-2060 MMC<br>ORDER RE:<br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date:           March 11, 2011<br>Time:          10:30 a.m.<br>Judge:         Hon. Maxine M. Chesney<br>Room:         7, 19th Floor<br><br>Action Filed:    May 14, 2010 |

JOINT CASE MANAGEMENT STATEMENT; CASE NO. CV 10-2060 MMC

2895895.1

Pursuant to Civil Local Rule 16-9(d), the Parties to the above-entitled action jointly submit this Case Management Statement to report on progress or changes since the last Statement submitted by the Parties.

1. **Settlement and ADR:**

A further judicial settlement conference in the related case of *Seielstad v. Aegis Senior Communities*, Case No. CV-09-1797 MMC, was held on December 6, 2010, before Magistrate Judge Joseph C. Spero. At that settlement conference, the Parties in the *Seielstad* case and in this case agreed to a settlement. The Parties in both cases have executed a Joint Stipulation and Settlement Agreement. Plaintiffs will be filing a Motion for Preliminary Approval on March 4, 2011.

2. **Case Management Conference:**

The Parties request a continuance of the Case Management Conference for at least 60 days to allow sufficient time for the Motion for Preliminary Approval to be heard and determined.

DATED: March 4, 2011                HARRIS & RUBLE

                                    _____
                                    Alan Harris
                                    Attorneys For Plaintiffs Kennyon Morris and Karen Jiron

DATED: March 4, 2011                HANSON BRIDGETT LLP

                                    _____
                                    Lisa M. Pooley
                                    Attorneys for Defendant Aegis Senior Communities LLC

Pursusant to stipulation, the Case Management Conference is continued to May 13, 2011.
   IT IS SO ORDERED.

Date:  March 8, 2011

                                    _____
                                    MAXINE M. CHESNEY
                                    United States District Judge

-1-