**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARAH R. SEIELSTAD, | No. CV 09-1797 MMC |
| Plaintiff, | No. CV 10-2060 MMC |
| v. | **ORDER RE: PROPOSED CLASS NOTICE AND CLAIM FORM; DIRECTIONS TO PARTIES** |
| AEGIS SENIOR COMMUNITIES, LLC, | |
| Defendant. | |
| _____ | |
| KENNYON MORRIS and KAREN JIRON, | |
| Plaintiffs, | |
| v. | |
| AEGIS SENIOR COMMUNITIES, LLC, | |
| Defendant.                                  / | |

    Before the Court are the parties' proposed Notice to Class of Proposed Settlement of Collective and Class Action ("Class Notice") and proposed Consent/Opt-In/Claim Form ("Claim Form"), both filed April 13, 2011.  By separate order filed concurrently herewith, the Court has granted preliminary approval to the parties' settlement agreement and has required notice of the settlement be provided to the class.

    The parties are hereby advised that the approved form of Class Notice, attached as

1  an exhibit to the Court's order, differs from the parties' proposed Class Notice in that the
2  Court has deleted the phrase "OR written Requests to be Excluded" from the sentence on
3  page 8 beginning with the words "Consent to Join/Opt-In/Claim Forms."[1]
4        The parties are hereby DIRECTED to include such revision in the Class Notice.
5  Further, the parties are DIRECTED to include in the Class Notice (a) the address of the
6  Claims Administrator in the seventh sentence of Section VII, (b) the phone number of the
7  Claims Administrator in the tenth sentence of Section VII, and (c) the address of the Claims
8  Administrator in the fourth sentence on page ten.
9        Additionally, the parties are hereby DIRECTED to include in the Claim Form the
10 address of the Claims Administrator at the top of the third page.
11 **IT IS SO ORDERED.**
12
13 Dated:  April 15, 2011
14                                                 MAXINE M. CHESNEY
                                                United States District Judge

---

[1] The Clerk of the Court has confirmed with class counsel that the stricken language was erroneously included in the proposed Class Notice submitted by the parties.

2