**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARAH R. SEIELSTAD, | No. CV 09-1797 MMC |
| Plaintiff, | No. CV 10-2060 MMC |
| v. | **ORDER RE: SUPPLEMENTAL DECLARATION OF ALAN HARRIS** |
| AEGIS SENIOR COMMUNITIES, LLC, | |
| Defendant. | |
| _____ | |
| KENNYON MORRIS and KAREN JIRON, | |
| Plaintiffs, | |
| v. | |
| AEGIS SENIOR COMMUNITIES, LLC, | |
| Defendant. | |
| _____/ | |

Before the Court is the Supplemental Declaration of Alan Harris, filed September 28, 2011, by which plaintiffs respond to the Court's order of September 21, 2011.

Having read and considered the Supplemental Declaration, the Court hereby directs the parties to appear as scheduled on September 30, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 28, 2011

MAXINE M. CHESNEY
United States District Judge